ESCORT INC. and Beltronics USA, Inc., Plaintiffs–Appellants,

v.

Hoyt A. FLEMING, III and Park, Vaughan Fleming & Dowler LLP, Defendants–Appellees.

No. 2014–1414.

United States Court of Appeals, Federal Circuit.

Nov. 13, 2014.

Brett A. Schatz, Wood, Herron & Evans, L.L.P., of Cincinnati, OH, argued for plaintiffs-appellants. With him on the brief was Gregory F. Ahrens.

Michael S. Dowler, Park Vaughan Fleming & Dowler, LLP, of Houston, TX, argued for defendants-appellees.

TARANTO, BRYSON, and HUGHES, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**